UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 21-105 (WOB-CJS)

DEMETRIUS MARQUISE ADAMS                                  PETITIONER

VS.                           ORDER

DANIEL AKERS, WARDEN, ET AL                              RESPONDENTS

This matter is before the Court on the Report and Recommendation (Doc. 8) of the Magistrate Judge, and objections having been filed (Doc. 9), and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of this Court; that plaintiff's Motion to Vacate or Set Aside Judgment, pursuant to Rule 60(b)(4) a Void Judgment & Lack of Jurisdiction (Doc. 1) **IS CONSTRUED** as a second or successive habeas petition, as so construed, Adams's second or successive Petition for Writ of Habeas Corpus Under 28 U.S.C.§ 2254 (Doc. 1) **IS TRANSFERRED** to the Sixth Circuit Court of Appeals pursuant to 28.U.S.C. § 1613 for proceedings in accordance with 28 U.S.C. § 2244(b); that Adams's Motion for leave to Proceed in Forma Pauperis (Doc. 3) is **DENIED** as moot.

This 12th day of November 2021.

2



Signed By:
**_William O. Bertelsman_** WOB
United States District Judge